UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    Case No. 8:03-cr-298-T-23TBM

LENIN V. PEREZ
_____/

**ORDER**

The defendant filed a "Motion for Non-Jury Trial" (Doc. 119), and the United States filed a response opposing the motion (Doc. 126).  Upon consideration, the motion is **DENIED**.  Fed. R. Crim. P. 23(a)(2).

ORDERED in Tampa, Florida, on June 29, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE