UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:03-cr-298-T-23TBM

LENIN V. PEREZ
JOSEPH ANTHONY GONZALEZ
_____/

**ORDER**

The United States filed an *in camera* unopposed motion to continue the trial scheduled to commence July 11, 2005. Based on the circumstances described in the motion, the Court finds that the ends of justice outweigh the interests of the defendants and of the public in a speedy trial. Accordingly, the motion is **GRANTED**. Trial of this matter is continued and the Clerk is directed to set this case on the September, 2005, trial calendar.

ORDERED in Tampa, Florida, on July 5, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE