UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:03-cr-298-T-23TBM

LENIN V. PEREZ
_____/


## **ORDER**

Defendant Lenin Perez filed a motion to withdraw his plea of guilty (Doc. 212).

Pursuant to an order of referral (Doc. 217), Magistrate Judge McCoun conducted an

evidentiary hearing and issued a report and recommendation (Doc. 238).  The

defendant filed an objection to the report and recommendation (Doc. 239).

Upon consideration of the report and recommendation, the defendant's objection,

and the court's independent examination of the file, I adopt and confirm Magistrate

Judge McCoun's report and recommendation.  The defendant's motion to withdraw his

plea is **DENIED**.  The sentencing will occur at **8:30 a.m. on May 19, 2006**.

ORDERED in Tampa, Florida, on May 4, 2006.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**